

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 09-43165-C-7
                                          )
MANUEL RUDOLPH BYRD and JESSICA           )
LYNN BYRD,                                )
                                          )
                                          )
            Debtor(s).                    )
_____)

### MEMORANDUM DECISION ON DEBTORS' MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY

The debtors have made a motion to compel the trustee to abandon the estate's interest in adversary proceeding No. 09-2798 (Eastern District of California), the debtors' objection to discharge in Case No. 06-23978-B-7 (Eastern District of California), and real property commonly known as 1724 Oregon Avenue, Shasta Lakes City, CA (petition), Shasta Lake, CA (Schedule A), Redding, CA (Motion to Compel Trustee To Abandon Property). The trustee has conceded that the subject property and litigation assets are of inconsequential value and benefit to the estate. Therefore, the debtors' motion will be granted.

An appropriate order will issue.

Dated: February 16, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Manuel Rudolph Byrd
1724 Oregon Ave
Shasta Lakes City, CA 96019

Jessica Lynn Byrd
1724 Oregon Ave
Shasta Lakes City, CA 96019

Sheri L. Carello
PO Box 22527
Sacramento, CA 95822-0527

Dated: 2/17/10

DEPUTY CLERK